UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEAN CORMIER | CASE NO. 6:21-CV-04039   SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| DONALD LANDRY, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

The Court has reviewed the Report and Recommendation of the Magistrate Judge previously filed herein and has conducted an independent review of the record including the objection to the Report and Recommendation. The Court determines that the findings contained in the Report and Recommendation are correct under the applicable law. The Court agrees that Plaintiff has failed to allege any action in which the district attorney was functioning outside the scope of prosecutorial immunity so as to permit a claim against the defendants in their individual capacity. The Court also agrees that Plaintiff has failed to allege any facts to support a claim against the defendants in their official capacity. Further, *Heck v. Humphrey*[1] would bar any recovery by Plaintiff on any of the claims asserted as Plaintiff has failed to establish, or even allege, that his conviction or sentence has been "reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized

---

[1] 512 U.S. 477 (1994).

to make such determinations, or called into question by a federal court's issuance of a writ of habeas corpus."[2] Plaintiff's Objection does not cure or address the deficiencies set forth in the Report and Recommendation. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C.1915(e)(2), as frivolous and for failing to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 21st day of April, 2022.

                                        ROBERT R. SUMMERHAYS
                                        UNITED STATES DISTRICT JUDGE

---

[2] *Id.*, at 486-487.